## Pay Stub 1

**Company Name and Address:**
MEDIA PAPER COMPANY, LLC
3676 E CHIPMAN RD
PHOENIX, AZ 85040

**Client No.:** 22112
**Check Style:** 10
**Social Security No.:** ***-50-1904
**Check No.:** 02348945
**Employee No.:** 109570
**Fed:** S3
**State:** 203%

**Employee Name:** KENNETH R. HOLMES
**Batch:** 1002000241
**Period Start:** 01/27/2010
**Period Ending:** 02/02/2010
**Check Date:** 02/05/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

**TOTAL $** 600.00

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 31.13 |
| OASDI | 34.88 |
| Medicare | 8.16 |
| SIT W/H (AZ) | 6.32 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

**TOTAL $** 117.99

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 3,000.00 |
| Salary Income | 3,000.00 |
| FIT Taxable | 2,812.50 |
| FIT w/h | 155.65 |
| OASDI w/h | 174.40 |
| Medicare w/h | 40.80 |
| SIT w/h (AZ) | 31.60 |
| ALWAYS CARE VISION | 6.25 |
| HealthNet-5000 | 181.25 |
| Net Pay | 2,410.05 |

**NET PAY $** 482.01

CPS, INC.

---

## Pay Stub 2

**Company Name and Address:**
MEDIA PAPER COMPANY, LLC
3676 E CHIPMAN RD
PHOENIX, AZ 85040

**Client No.:** 22112
**Check Style:** 10
**Social Security No.:** ***-50-1904
**Check No.:** 02352182
**Employee No.:** 109570
**Fed:** S3
**State:** 203%

**Employee Name:** KENNETH R. HOLMES
**Batch:** 1002000748
**Period Start:** 02/03/2010
**Period Ending:** 02/09/2010
**Check Date:** 02/12/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

**TOTAL $** 600.00

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 31.13 |
| OASDI | 34.88 |
| Medicare | 8.16 |
| SIT W/H (AZ) | 6.32 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

**TOTAL $** 117.99

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 3,600.00 |
| Salary Income | 3,600.00 |
| FIT Taxable | 3,375.00 |
| FIT w/h | 186.78 |
| OASDI w/h | 209.28 |
| Medicare w/h | 48.96 |
| SIT w/h (AZ) | 37.92 |
| ALWAYS CARE VISION | 7.50 |
| HealthNet-5000 | 217.50 |
| Net Pay | 2,892.06 |

**NET PAY $** 482.01

CPS, INC.

---

## Pay Stub 3

**Company Name and Address:**
MEDIA PAPER COMPANY, LLC
3676 E CHIPMAN RD
PHOENIX, AZ 85040

**Client No.:** 22112
**Check Style:** 10
**Social Security No.:** ***-50-1904
**Check No.:** 02354321
**Employee No.:** 109570
**Fed:** S3
**State:** 203%

**Employee Name:** KENNETH R. HOLMES
**Batch:** 1002001192
**Period Start:** 02/10/2010
**Period Ending:** 02/16/2010
**Check Date:** 02/19/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

**TOTAL $** 600.00

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 31.13 |
| OASDI | 34.88 |
| Medicare | 8.16 |
| SIT W/H (AZ) | 6.32 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

**TOTAL $** 117.99

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 4,200.00 |
| Salary Income | 4,200.00 |
| FIT Taxable | 3,937.50 |
| FIT w/h | 217.91 |
| OASDI w/h | 244.16 |
| Medicare w/h | 57.12 |
| SIT w/h (AZ) | 44.24 |
| ALWAYS CARE VISION | 8.75 |
| HealthNet-5000 | 253.75 |
| Net Pay | 3,374.07 |

**NET PAY $** 482.01

CPS, INC.

## Paystub 1

**MEDIA PAPER COMPANY, LLC**
3676 E CHIPMAN RD
PHOENIX, AZ 85040

Employee Name: KENNETH R. HOLMES
Client No.: 22112
Check Style: 10
Social Security No.: ***-50-1904
Check No.: 02357677
Employee No.: 109570
Fed: S3
State: 203%
Batch: 1002001769
Period Start: 02/17/2010
Period Ending: 02/23/2010
Check Date: 02/26/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

TOTAL $ 600.00

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 31.13 |
| OASDI | 34.88 |
| Medicare | 8.16 |
| SIT W/H (AZ) | 6.32 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

TOTAL $ 117.99

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 4,800.00 |
| Salary Income | 4,800.00 |
| FIT Taxable | 4,500.00 |
| FIT w/h | 249.04 |
| OASDI w/h | 279.04 |
| Medicare w/h | 65.28 |
| SIT w/h (AZ) | 50.56 |
| ALWAYS CARE VISION | 10.00 |
| HealthNet-5000 | 290.00 |
| Net Pay | 3,856.08 |

NET PAY $ 482.01

CPS, INC.

---

## Paystub 2

**MEDIA PAPER COMPANY, LLC**
3676 E CHIPMAN RD
PHOENIX, AZ 85040

Employee Name: KENNETH R. HOLMES
Client No.: 22112
Check Style: 10
Social Security No.: ***-50-1904
Check No.: 02359614
Employee No.: 109570
Fed: S3
State: 203%
Batch: 1003000362
Period Start: 02/24/2010
Period Ending: 03/02/2010
Check Date: 03/05/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

TOTAL $ 600.00

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 25.50 |
| OASDI | 32.55 |
| Medicare | 7.61 |
| SIT W/H (AZ) | 5.18 |
| Ameritas Middle Plan | 37.50 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

TOTAL $ 145.84

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 5,400.00 |
| Salary Income | 5,400.00 |
| FIT Taxable | 5,025.00 |
| FIT w/h | 274.54 |
| OASDI w/h | 311.59 |
| Medicare w/h | 72.89 |
| SIT w/h (AZ) | 55.74 |
| Ameritas Middle Pl | 37.50 |
| ALWAYS CARE VISION | 11.25 |
| HealthNet-5000 | 326.25 |
| Net Pay | 4,310.24 |

NET PAY $ 454.16

CPS, INC.

---

## Paystub 3

**MEDIA PAPER COMPANY, LLC**
3676 E CHIPMAN RD
PHOENIX, AZ 85040

Employee Name: KENNETH R. HOLMES
Client No.: 22112
Check Style: 10
Social Security No.: ***-50-1904
Check No.: 02361609
Employee No.: 109570
Fed: S3
State: 203%
Batch: 1003000744
Period Start: 03/03/2010
Period Ending: 03/09/2010
Check Date: 03/12/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

TOTAL $ 600.00

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 30.00 |
| OASDI | 34.41 |
| Medicare | 8.05 |
| SIT W/H (AZ) | 6.09 |
| Ameritas Middle Plan | 7.50 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

TOTAL $ 123.55

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 6,000.00 |
| Salary Income | 6,000.00 |
| FIT Taxable | 5,580.00 |
| FIT w/h | 304.54 |
| OASDI w/h | 346.00 |
| Medicare w/h | 80.94 |
| SIT w/h (AZ) | 61.83 |
| Ameritas Middle Pl | 45.00 |
| ALWAYS CARE VISION | 12.50 |
| HealthNet-5000 | 362.50 |
| Net Pay | 4,786.69 |

NET PAY $ 476.45

CPS, INC.

| Company Name and Address | | | Client No. | Check Style | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|
| MEDIA PAPER COMPANY, LLC | | | 22112 | 10 | Description | Amount | Description | Amount |
| 3676 E CHIPMAN RD | | | Social Security No. | Check No. | FIT W/H | 30.00 | Gross Income | 6,600.00 |
| PHOENIX, AZ 85040 | | | ***-50-1904 | 02364210 | OASDI | 34.41 | Salary Income | 6,600.00 |
| Employee Name | | | Employee No. | Fed / State | Medicare | 8.05 | FIT Taxable | 6,135.00 |
| KENNETH R. HOLMES | | | 109570 | S3 / 203% | SIT W/H (AZ) | 6.09 | FIT w/h | 334.54 |
| Batch | Period Start | Period Ending | Check Date | | Ameritas Middle Plan | 7.50 | OASDI w/h | 380.41 |
| 1003001278 | 03/10/2010 | 03/16/2010 | 03/19/2010 | | HealthNet-5000 | 36.25 | Medicare w/h | 88.99 |
| EARNINGS | | | | | ALWAYS CARE VISION | 1.25 | SIT w/h (AZ) | 67.92 |
| Description | Rate | Regular | Over Time | Double Time | Amount | | Ameritas Middle Pl | 52.50 |
| Salary Amount | | | | | 600.00 | | ALWAYS CARE VISION | 13.75 |
| | | | | | | | HealthNet-5000 | 398.75 |
| | | | | | | | Net Pay | 5,263.14 |
| CPS, INC. | | | TOTAL $ | 600.00 | TOTAL $ | 123.55 | NET PAY $ | 476.45 |

## Paystub 1

**MEDIA PAPER COMPANY, LLC**
3676 E CHIPMAN RD
PHOENIX, AZ 85040

Employee Name: KENNETH R. HOLMES
Batch: 1003001616
Period Start: 03/17/2010
Period Ending: 03/23/2010

Client No.: 22112
Social Security No.: ***-50-1904
Employee No.: 109570
Check Style: 10
Check No.: 02366001
Fed: S3
State: 203%
Check Date: 03/26/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

CPS, INC.  TOTAL $ 600.00

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 30.00 |
| OASDI | 34.41 |
| Medicare | 8.05 |
| SIT W/H (AZ) | 6.09 |
| Ameritas Middle Plan | 7.50 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

TOTAL $ 123.55

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 7,200.00 |
| Salary Income | 7,200.00 |
| FIT Taxable | 6,690.00 |
| FIT w/h | 364.54 |
| OASDI w/h | 414.82 |
| Medicare w/h | 97.04 |
| SIT w/h (AZ) | 74.01 |
| Ameritas Middle Pl | 60.00 |
| ALWAYS CARE VISION | 15.00 |
| HealthNet-5000 | 435.00 |
| Net Pay | 5,739.59 |

NET PAY $ 476.45

---

## Paystub 2

**MEDIA PAPER COMPANY, LLC**
3676 E CHIPMAN RD
PHOENIX, AZ 85040

Employee Name: KENNETH R. HOLMES
Batch: 1004000127
Period Start: 03/24/2010
Period Ending: 03/30/2010

Client No.: 22112
Social Security No.: ***-50-1904
Employee No.: 109570
Check Style: 10
Check No.: 02368563
Fed: S3
State: 203%
Check Date: 04/02/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

CPS, INC.  TOTAL $ 600.00

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 36.75 |
| OASDI | 37.20 |
| Medicare | 8.70 |
| SIT W/H (AZ) | 7.46 |

TOTAL $ 90.11

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 7,800.00 |
| Salary Income | 7,800.00 |
| FIT Taxable | 7,290.00 |
| FIT w/h | 401.29 |
| OASDI w/h | 452.02 |
| Medicare w/h | 105.74 |
| SIT w/h (AZ) | 81.47 |
| Ameritas Middle Pl | 60.00 |
| ALWAYS CARE VISION | 15.00 |
| HealthNet-5000 | 435.00 |
| Net Pay | 6,249.48 |

NET PAY $ 509.89

---

## Paystub 3

**MEDIA PAPER COMPANY, LLC**
3676 E CHIPMAN RD
PHOENIX, AZ 85040

Employee Name: KENNETH R. HOLMES
Batch: 1004000587
Period Start: 03/31/2010
Period Ending: 04/06/2010

Client No.: 22112
Social Security No.: ***-50-1904
Employee No.: 109570
Check Style: 10
Check No.: 02371465
Fed: S3
State: 203%
Check Date: 04/09/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

CPS, INC.  TOTAL $ 600.00

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 30.00 |
| OASDI | 34.41 |
| Medicare | 8.05 |
| SIT W/H (AZ) | 6.09 |
| Ameritas Middle Plan | 7.50 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

TOTAL $ 123.55

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 8,400.00 |
| Salary Income | 8,400.00 |
| FIT Taxable | 7,845.00 |
| FIT w/h | 431.29 |
| OASDI w/h | 486.43 |
| Medicare w/h | 113.79 |
| SIT w/h (AZ) | 87.56 |
| Ameritas Middle Pl | 67.50 |
| ALWAYS CARE VISION | 16.25 |
| HealthNet-5000 | 471.25 |
| Net Pay | 6,725.93 |

NET PAY $ 476.45

## Paystub 1

**Company Name and Address:**
MEDIA PAPER COMPANY, LLC
3676 E CHIPMAN RD
PHOENIX, AZ 85040

**Employee Name:** KENNETH R. HOLMES

| Client No. | Check Style |
|---|---|
| 22112 | 10 |

| Social Security No. | Check No. |
|---|---|
| ***-50-1904 | 02373509 |

| Employee No. | Fed | State |
|---|---|---|
| 109570 | S3 | 203% |

| Batch | Period Start | Period Ending | Check Date |
|---|---|---|---|
| 1004001055 | 04/07/2010 | 04/13/2010 | 04/16/2010 |

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 30.00 |
| OASDI | 34.41 |
| Medicare | 8.05 |
| SIT W/H (AZ) | 6.09 |
| Ameritas Middle Plan | 7.50 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 9,000.00 |
| Salary Income | 9,000.00 |
| FIT Taxable | 8,400.00 |
| FIT w/h | 461.29 |
| OASDI w/h | 520.84 |
| Medicare w/h | 121.84 |
| SIT w/h (AZ) | 93.69 |
| Ameritas Middle Pl | 75.00 |
| ALWAYS CARE VISION | 17.50 |
| HealthNet-5000 | 507.50 |
| Net Pay | 7,202.38 |

CPS, INC.   TOTAL $ 600.00   TOTAL $ 123.55   NET PAY $ 476.45

---

## Paystub 2

**Company Name and Address:**
MEDIA PAPER COMPANY, LLC
3676 E CHIPMAN RD
PHOENIX, AZ 85040

**Employee Name:** KENNETH R. HOLMES

| Client No. | Check Style |
|---|---|
| 22112 | 10 |

| Social Security No. | Check No. |
|---|---|
| ***-50-1904 | 02375972 |

| Employee No. | Fed | State |
|---|---|---|
| 109570 | S3 | 203% |

| Batch | Period Start | Period Ending | Check Date |
|---|---|---|---|
| 1004001493 | 04/14/2010 | 04/20/2010 | 04/23/2010 |

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 30.00 |
| OASDI | 34.41 |
| Medicare | 8.05 |
| SIT W/H (AZ) | 6.09 |
| Ameritas Middle Plan | 7.50 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 9,600.00 |
| Salary Income | 9,600.00 |
| FIT Taxable | 8,955.00 |
| FIT w/h | 491.29 |
| OASDI w/h | 555.25 |
| Medicare w/h | 129.89 |
| SIT w/h (AZ) | 99.74 |
| Ameritas Middle Pl | 82.50 |
| ALWAYS CARE VISION | 18.75 |
| HealthNet-5000 | 543.75 |
| Net Pay | 7,678.83 |

CPS, INC.   TOTAL $ 600.00   TOTAL $ 123.55   NET PAY $ 476.45

---

## Paystub 3

**Company Name and Address:**
MEDIA PAPER COMPANY, LLC
3676 E CHIPMAN RD
PHOENIX, AZ 85040

**Employee Name:** KENNETH R. HOLMES

| Client No. | Check Style |
|---|---|
| 22112 | 10 |

| Social Security No. | Check No. |
|---|---|
| ***-50-1904 | 02378555 |

| Employee No. | Fed | State |
|---|---|---|
| 109570 | S3 | 203% |

| Batch | Period Start | Period Ending | Check Date |
|---|---|---|---|
| 1004001925 | 04/21/2010 | 04/27/2010 | 04/30/2010 |

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 30.00 |
| OASDI | 34.41 |
| Medicare | 8.05 |
| SIT W/H (AZ) | 6.09 |
| Ameritas Middle Plan | 7.50 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 10,200.00 |
| Salary Income | 10,200.00 |
| FIT Taxable | 9,510.00 |
| FIT w/h | 521.29 |
| OASDI w/h | 589.66 |
| Medicare w/h | 137.94 |
| SIT w/h (AZ) | 105.83 |
| Ameritas Middle Pl | 90.00 |
| ALWAYS CARE VISION | 20.00 |
| HealthNet-5000 | 580.00 |
| Net Pay | 8,155.28 |

CPS, INC.   TOTAL $ 600.00   TOTAL $ 123.55   NET PAY $ 476.45