# United States Bankruptcy Court
## District of Arizona

In re  **KENNETH R HOLMES**  Case No. **2:10-bk-13818**
Debtor(s)  Chapter **7**

## Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

■ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: **7,800.00**.

Debtor, **KENNETH R HOLMES**, declares the foregoing to be true and correct under penalty of perjury.

Date **May 18, 2010**   Signature **/s/ KENNETH R HOLMES**
**KENNETH R HOLMES**
Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

## Paystub 1

| Company Name and Address | Client No. | Check Style |
|---|---|---|
| MEDIA PAPER COMPANY, LLC<br>3676 E CHIPMAN RD<br>PHOENIX, AZ 85040 | 22112 | 10 |

| Social Security No. | Check No. |
|---|---|
| ***-50-1904 | 02348845 |

| Employee Name | Employee No. | Fed | State |
|---|---|---|---|
| KENNETH R. HOLMES | 109570 | S3 | 203% |

| Batch | Period Start | Period Ending | Check Date |
|---|---|---|---|
| 1002000241 | 01/27/2010 | 02/02/2010 | 02/05/2010 |

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 31.13 |
| OASDI | 34.88 |
| Medicare | 8.16 |
| SIT W/H (AZ) | 6.32 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 3,000.00 |
| Salary Income | 3,000.00 |
| FIT Taxable | 2,812.50 |
| FIT w/h. | 155.65 |
| OASDI w/h | 174.40 |
| Medicare w/h | 40.80 |
| SIT w/h (AZ) | 31.60 |
| ALWAYS CARE VISION | 6.25 |
| HealthNet-5000 | 181.25 |
| Net Pay | 2,410.05 |

CPS, INC.   TOTAL $ 600.00   TOTAL $ 117.99   NET PAY $ 482.01

---

## Paystub 2

| Company Name and Address | Client No. | Check Style |
|---|---|---|
| MEDIA PAPER COMPANY, LLC<br>3676 E CHIPMAN RD<br>PHOENIX, AZ 85040 | 22112 | 10 |

| Social Security No. | Check No. |
|---|---|
| ***-50-1904 | 02352182 |

| Employee Name | Employee No. | Fed | State |
|---|---|---|---|
| KENNETH R. HOLMES | 109570 | S3 | 203% |

| Batch | Period Start | Period Ending | Check Date |
|---|---|---|---|
| 1002000748 | 02/03/2010 | 02/09/2010 | 02/12/2010 |

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 31.13 |
| OASDI | 34.88 |
| Medicare | 8.16 |
| SIT W/H (AZ) | 6.32 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 3,600.00 |
| Salary Income | 3,600.00 |
| FIT Taxable | 3,375.00 |
| FIT w/h | 186.78 |
| OASDI w/h | 209.28 |
| Medicare w/h | 48.96 |
| SIT w/h (AZ) | 37.92 |
| ALWAYS CARE VISION | 7.50 |
| HealthNet-5000 | 217.50 |
| Net Pay | 2,892.06 |

CPS, INC.   TOTAL $ 600.00   TOTAL $ 117.99   NET PAY $ 482.01

---

## Paystub 3

| Company Name and Address | Client No. | Check Style |
|---|---|---|
| MEDIA PAPER COMPANY, LLC<br>3676 E CHIPMAN RD<br>PHOENIX, AZ 85040 | 22112 | 10 |

| Social Security No. | Check No. |
|---|---|
| ***-50-1904 | 02354321 |

| Employee Name | Employee No. | Fed | State |
|---|---|---|---|
| KENNETH R. HOLMES | 109570 | S3 | 203% |

| Batch | Period Start | Period Ending | Check Date |
|---|---|---|---|
| 1002001192 | 02/10/2010 | 02/16/2010 | 02/19/2010 |

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 31.13 |
| OASDI | 34.88 |
| Medicare | 8.16 |
| SIT W/H (AZ) | 6.32 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 4,200.00 |
| Salary Income | 4,200.00 |
| FIT Taxable | 3,937.50 |
| FIT w/h | 217.91 |
| OASDI w/h | 244.16 |
| Medicare w/h | 57.12 |
| SIT w/h (AZ) | 44.24 |
| ALWAYS CARE VISION | 8.75 |
| HealthNet-5000 | 253.75 |
| Net Pay | 3,374.07 |

CPS, INC.   TOTAL $ 600.00   TOTAL $ 117.99   NET PAY $ 482.01

## Paystub 1

| Company Name and Address | Client No. | Check Style | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|
| MEDIA PAPER COMPANY, LLC | 22112 | 10 | Description | Amount | Description | Amount |
| 3676 E CHIPMAN RD | Social Security No. | Check No. | FIT W/H | 31.13 | Gross Income | 4,800.00 |
| PHOENIX, AZ 85040 | ***-50-1904 | 02357677 | OASDI | 34.88 | Salary Income | 4,800.00 |
| Employee Name | Employee No. | Fed / State | Medicare | 8.16 | FIT Taxable | 4,500.00 |
| KENNETH R. HOLMES | 109570 | S3 / 203% | SIT W/H (AZ) | 6.32 | FIT w/h | 249.04 |
| Batch | Period Start | Period Ending | Check Date | HealthNet-5000 | 36.25 | OASDI w/h | 279.04 |
| 1002001769 | 02/17/2010 | 02/23/2010 | 02/26/2010 | ALWAYS CARE VISION | 1.25 | Medicare w/h | 65.28 |

EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

Year to Date (continued):
- SIT w/h (AZ)  50.56
- ALWAYS CARE VISION  10.00
- HealthNet-5000  290.00
- Net Pay  3,856.08

CPS, INC.  TOTAL $ 600.00  TOTAL $ 117.99  NET PAY $ 482.01

---

## Paystub 2

| Company Name and Address | Client No. | Check Style | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|
| MEDIA PAPER COMPANY, LLC | 22112 | 10 | Description | Amount | Description | Amount |
| 3676 E CHIPMAN RD | Social Security No. | Check No. | FIT W/H | 25.50 | Gross Income | 5,400.00 |
| PHOENIX, AZ 85040 | ***-50-1904 | 02359614 | OASDI | 32.55 | Salary Income | 5,400.00 |
| Employee Name | Employee No. | Fed / State | Medicare | 7.61 | FIT Taxable | 5,025.00 |
| KENNETH R. HOLMES | 109570 | S3 / 203% | SIT W/H (AZ) | 5.18 | FIT w/h | 274.54 |
| Batch | Period Start | Period Ending | Check Date | Ameritas Middle Plan | 37.50 | OASDI w/h | 311.59 |
| 1003000362 | 02/24/2010 | 03/02/2010 | 03/05/2010 | HealthNet-5000 | 36.25 | Medicare w/h | 72.89 |
| | | | | ALWAYS CARE VISION | 1.25 | SIT w/h (AZ) | 55.74 |

EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

Year to Date (continued):
- Ameritas Middle Pl  37.50
- ALWAYS CARE VISION  11.25
- HealthNet-5000  326.25
- Net Pay  4,310.24

CPS, INC.  TOTAL $ 600.00  TOTAL $ 145.84  NET PAY $ 454.16

---

## Paystub 3

| Company Name and Address | Client No. | Check Style | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|
| MEDIA PAPER COMPANY, LLC | 22112 | 10 | Description | Amount | Description | Amount |
| 3676 E CHIPMAN RD | Social Security No. | Check No. | FIT W/H | .00 | Gross Income | 6,000.00 |
| PHOENIX, AZ 85040 | ***-50-1904 | 02361609 | OASDI | 34.41 | Salary Income | 6,000.00 |
| Employee Name | Employee No. | Fed / State | Medicare | 8.05 | FIT Taxable | 5,580.00 |
| KENNETH R. HOLMES | 109570 | S3 / 203% | SIT W/H (AZ) | 6.09 | FIT w/h | 304.54 |
| Batch | Period Start | Period Ending | Check Date | Ameritas Middle Plan | 7.50 | OASDI w/h | 346.00 |
| 1003000744 | 03/03/2010 | 03/09/2010 | 03/12/2010 | HealthNet-5000 | 36.25 | Medicare w/h | 80.94 |
| | | | | ALWAYS CARE VISION | 1.25 | SIT w/h (AZ) | 61.83 |

EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

Year to Date (continued):
- Ameritas Middle Pl  45.00
- ALWAYS CARE VISION  12.50
- HealthNet-5000  362.50
- Net Pay  4,786.69

CPS, INC.  TOTAL $ 600.00  TOTAL $ 123.55  NET PAY $ 476.45

| Company Name and Address | Client No. | Check Style | DEDUCTIONS | | YEAR TO DATE | |
|---|---|---|---|---|---|---|
| MEDIA PAPER COMPANY, LLC | 22112 | 10 | Description | Amount | Description | Amount |
| 3676 E CHIPMAN RD | Social Security No. | Check No. | FIT W/H | 30.00 | Gross Income | 6,600.00 |
| PHOENIX, AZ 85040 | ***-50-1904 | 02364210 | OASDI | 34.41 | Salary Income | 6,600.00 |
| Employee Name | Employee No. | Fed. / State | Medicare | 8.05 | FIT Taxable | 6,135.00 |
| KENNETH R. HOLMES | 109570 | S3 / 203% | SIT W/H (AZ) | 6.09 | FIT w/h | 334.54 |
| Batch | Period Start | Period Ending | Check Date | Ameritas Middle Plan | 7.50 | OASDI w/h | 380.41 |
| 1003001278 | 03/10/2010 | 03/16/2010 | 03/19/2010 | HealthNet-5000 | 36.25 | Medicare w/h | 88.99 |
| | | | | ALWAYS CARE VISION | 1.25 | SIT w/h (AZ) | 67.92 |

EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

| | | | | | | Ameritas Middle Pl | 52.50 |
| | | | | | | ALWAYS CARE VISION | 13.75 |
| | | | | | | HealthNet-5000 | 398.75 |
| | | | | | | Net Pay | 5,263.14 |

CPS, INC.    TOTAL $  600.00   TOTAL $  123.55   NET PAY $  476.45

## Paystub 1

**Company:** MEDIA PAPER COMPANY, LLC
3676 E CHIPMAN RD
PHOENIX, AZ 85040
**Employee Name:** KENNETH R. HOLMES
**Batch:** 1003001616
**Period Start:** 03/17/2010
**Period Ending:** 03/23/2010
**Client No.:** 22112
**Check Style:** 10
**Social Security No.:** ***-50-1904
**Check No.:** 02366001
**Employee No.:** 109570
**Fed:** S3
**State:** 203%
**Check Date:** 03/26/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

**TOTAL $** 600.00

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 30.00 |
| OASDI | 34.41 |
| Medicare | 8.05 |
| SIT W/H (AZ) | 6.09 |
| Ameritas Middle Plan | 7.50 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

**TOTAL $** 123.55

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 7,200.00 |
| Salary Income | 7,200.00 |
| FIT Taxable | 6,690.00 |
| FIT w/h | 364.54 |
| OASDI w/h | 414.82 |
| Medicare w/h | 97.04 |
| SIT w/h (AZ) | 74.01 |
| Ameritas Middle Pl | 60.00 |
| ALWAYS CARE VISION | 15.00 |
| HealthNet-5000 | 435.00 |
| Net Pay | 5,739.59 |

**NET PAY $** 476.45

CPS, INC.

---

## Paystub 2

**Company:** MEDIA PAPER COMPANY, LLC
3676 E CHIPMAN RD
PHOENIX, AZ 85040
**Employee Name:** KENNETH R. HOLMES
**Batch:** 1004000127
**Period Start:** 03/24/2010
**Period Ending:** 03/30/2010
**Client No.:** 22112
**Check Style:** 10
**Social Security No.:** ***-50-1904
**Check No.:** 02368563
**Employee No.:** 109570
**Fed:** S3
**State:** 203%
**Check Date:** 04/02/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

**TOTAL $** 600.00

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 36.75 |
| OASDI | 37.20 |
| Medicare | 8.70 |
| SIT W/H (AZ) | 7.46 |

**TOTAL $** 90.11

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 7,800.00 |
| Salary Income | 7,800.00 |
| FIT Taxable | 7,290.00 |
| FIT w/h | 401.29 |
| OASDI w/h | 452.02 |
| Medicare w/h | 105.74 |
| SIT w/h (AZ) | 81.47 |
| Ameritas Middle Pl | 60.00 |
| ALWAYS CARE VISION | 15.00 |
| HealthNet-5000 | 435.00 |
| Net Pay | 6,249.48 |

**NET PAY $** 509.89

CPS, INC.

---

## Paystub 3

**Company:** MEDIA PAPER COMPANY, LLC
3676 E CHIPMAN RD
PHOENIX, AZ 85040
**Employee Name:** KENNETH R. HOLMES
**Batch:** 1004000587
**Period Start:** 03/31/2010
**Period Ending:** 04/06/2010
**Client No.:** 22112
**Check Style:** 10
**Social Security No.:** ***-50-1904
**Check No.:** 02371465
**Employee No.:** 109570
**Fed:** S3
**State:** 203%
**Check Date:** 04/09/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

**TOTAL $** 600.00

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 30.00 |
| OASDI | 34.41 |
| Medicare | 8.05 |
| SIT W/H (AZ) | 6.09 |
| Ameritas Middle Plan | 7.50 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

**TOTAL $** 123.55

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 8,400.00 |
| Salary Income | 8,400.00 |
| FIT Taxable | 7,845.00 |
| FIT w/h | 431.29 |
| OASDI w/h | 486.43 |
| Medicare w/h | 113.79 |
| SIT w/h (AZ) | 87.56 |
| Ameritas Middle Pl | 67.50 |
| ALWAYS CARE VISION | 16.25 |
| HealthNet-5000 | 471.25 |
| Net Pay | 6,725.93 |

**NET PAY $** 476.45

CPS, INC.

## Paystub 1

**Company Name and Address**
MEDIA PAPER COMPANY, LLC
3676 E CHIPMAN RD
PHOENIX, AZ 85040

**Employee Name:** KENNETH R. HOLMES
**Batch:** 1004001055
**Period Start:** 04/07/2010
**Period Ending:** 04/13/2010

**Client No.:** 22112
**Check Style:** 10
**Social Security No.:** ***-50-1904
**Check No.:** 02373509
**Employee No.:** 109570
**Fed:** S3
**State:** 203%
**Check Date:** 04/16/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 30.00 |
| OASDI | 34.41 |
| Medicare | 8.05 |
| SIT W/H (AZ) | 6.09 |
| Ameritas Middle Plan | 7.50 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 9,000.00 |
| Salary Income | 9,000.00 |
| FIT Taxable | 8,400.00 |
| FIT w/h | 461.29 |
| OASDI w/h | 520.84 |
| Medicare w/h | 121.84 |
| SIT w/h (AZ) | 93.65 |
| Ameritas Middle Pl | 75.00 |
| ALWAYS CARE VISION | 17.50 |
| HealthNet-5000 | 507.50 |
| Net Pay | 7,202.38 |

CPS, INC.   TOTAL $ 600.00   TOTAL $ 123.55   NET PAY $ 476.45

---

## Paystub 2

**Company Name and Address**
MEDIA PAPER COMPANY, LLC
3676 E CHIPMAN RD
PHOENIX, AZ 85040

**Employee Name:** KENNETH R. HOLMES
**Batch:** 1004001493
**Period Start:** 04/14/2010
**Period Ending:** 04/20/2010

**Client No.:** 22112
**Check Style:** 10
**Social Security No.:** ***-50-1904
**Check No.:** 02375972
**Employee No.:** 109570
**Fed:** S3
**State:** 203%
**Check Date:** 04/23/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 30.00 |
| OASDI | 34.41 |
| Medicare | 8.05 |
| SIT W/H (AZ) | 6.09 |
| Ameritas Middle Plan | 7.50 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 9,600.00 |
| Salary Income | 9,600.00 |
| FIT Taxable | 8,955.00 |
| FIT w/h | 491.29 |
| OASDI w/h | 555.25 |
| Medicare w/h | 129.89 |
| SIT w/h (AZ) | 99.74 |
| Ameritas Middle Pl | 82.50 |
| ALWAYS CARE VISION | 18.75 |
| HealthNet-5000 | 543.75 |
| Net Pay | 7,678.83 |

CPS, INC.   TOTAL $ 600.00   TOTAL $ 123.55   NET PAY $ 476.45

---

## Paystub 3

**Company Name and Address**
MEDIA PAPER COMPANY, LLC
3676 E CHIPMAN RD
PHOENIX, AZ 85040

**Employee Name:** KENNETH R. HOLMES
**Batch:** 1004001925
**Period Start:** 04/21/2010
**Period Ending:** 04/27/2010

**Client No.:** 22112
**Check Style:** 10
**Social Security No.:** ***-50-1904
**Check No.:** 02378555
**Employee No.:** 109570
**Fed:** S3
**State:** 203%
**Check Date:** 04/30/2010

### EARNINGS

| Description | Rate | Regular | Over Time | Double Time | Amount |
|---|---|---|---|---|---|
| Salary Amount | | | | | 600.00 |

### DEDUCTIONS

| Description | Amount |
|---|---|
| FIT W/H | 30.00 |
| OASDI | 34.41 |
| Medicare | 8.05 |
| SIT W/H (AZ) | 6.09 |
| Ameritas Middle Plan | 7.50 |
| HealthNet-5000 | 36.25 |
| ALWAYS CARE VISION | 1.25 |

### YEAR TO DATE

| Description | Amount |
|---|---|
| Gross Income | 10,200.00 |
| Salary Income | 10,200.00 |
| FIT Taxable | 9,510.00 |
| FIT w/h | 521.29 |
| OASDI w/h | 589.66 |
| Medicare w/h | 137.94 |
| SIT w/h (AZ) | 105.83 |
| Ameritas Middle Pl | 90.00 |
| ALWAYS CARE VISION | 20.00 |
| HealthNet-5000 | 580.00 |
| Net Pay | 8,155.28 |

CPS, INC.   TOTAL $ 600.00   TOTAL $ 123.55   NET PAY $ 476.45